IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 06-109 |
| vs. | ) |
| AMY AL-MUNASIF, and MARCHELL OKKEN, | ) |
| Defendants. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 12, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant Al-Munasif's guilty plea entered on November 7, 2006, and defendant Okken's guilty plea entered on October 26, 2006, in which defendants consented to the forfeiture of any interest they had or have in the firearms and ammunition alleged to be subject to forfeiture under the Forfeiture Allegation of the August 15, 2006, Indictment;

AND WHEREAS, on July 20, 2007, July 27, 2007, and August 3, 2007, the United States published notice of the forfeiture in the Cedar Rapids Gazette, a daily newspaper of general circulation in the area the firearms and ammunition were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms and ammunition included in the Preliminary Order of Forfeiture entered on June 12, 2007.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendants named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendants Al-Munasif and Marchell Okken, who are the subjects of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    a. **a .357 Magnum caliber revolver, Rossi Model M677, serial number F477548;**

    b. **a 9 millimeter pistol, Glock Model 26, serial number BUZ377;**

    c. **a 12 gauge shotgun, Remington Model 1100, serial number R045715V; and**

    d. **miscellaneous ammunition**

seized from defendants on or about March 31, 2006, in Cedar Rapids, Iowa.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

2

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

DATED this 5th day of September 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa